≡JS 45  (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**                                                                 **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** ___II___ **Investigating Agency** ___FBI___

City    __Brookline__

County  __Norfolk__

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number  25-mj-6740, -6747-MPK
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ___25-mj-6748-MPK-MPK___    ☐ Yes  ☐ No

**Defendant Information:**

Defendant Name  SHAQUYLLE BURDEN                        Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: 29 Charme Avenue, Roslindale, MA

Birth date (Yr only): 1994   SSN (last 4#): 8915  Sex: __M__   Race _____   Nationality: _____

Defense Counsel if known: _____        Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: John T. Dawley, Jr.                Bar Number if applicable: 683662

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint      ☐ Information      ☐ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☐ Felony ___

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/10/2025               Signature of AUSA:  /s/ John T. Dawley, Jr.

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____ SHAQUYLLE BURDEN _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | conspiracy to distribute, and possess with intent to distribute, fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013